IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                         No. 4:13-cr-204-DPM

ROBERT GIFFORD                                              DEFENDANT

## ORDER

The United States moves for voluntary dismissal of the misdemeanor information in this case. № 3. Motion granted. The charge against Gifford is dismissed with prejudice. FED. R. CRIM. P. 48(a).

                                               _____
                                               D.P. Marshall Jr.
                                               United States District Judge

                                             30 July 2013